UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD J. SCHUETTS, | Case No.: 2:13-cv-001265-APG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| MS. COLLINS *et al.*, | |
| Defendant(s). | |

    On July 23, 2013, the Court received the attached hand-written correspondence from Defendant Clifford J. Schuetts. *Ex parte* contact with the Court is not permitted. To the extent any party wishes some action to be taken based upon the contents of the letters, the appropriate motion should be filed.

    DATED this 24th day of July, 2013.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE

CLIFFORD J. WEST-JOHNSON
DETENTION CENTER
2190 E. Mesquite Ave
Pahrump, NV 89060

EMERGENCY LETTER OR COMMUNICATION

RE: 2:13-CV-1265-APG-NJK

20 July 2013

Judge Gordon / U.S. Attorney

    SIR, I would send a copy of this letter to the U.S. Attorney and the defendants or their counsel, but I have no funds or money to purchase copies or the postage. Where I am incarcerated the defendants jail facility will not provide copies. I have to use the backs of court forms to write my letters or motions, the jail facility only provides four sheets of writing paper per week.

    SIR, I would bring to your attention that currently I have filed for a TRO in this case. Currently at this date of this letter I am bleeding and leaking yellow fluid (infection) from wounds or skin tears or rips that are on my bottom or rear. Sir, I am a paraplegic - paralyzed from the waist down, confined to a wheelchair. I am forced to sleep upon a metal bunk bed by the defendants at their jail facility. I have trouble turning myself at night or when I am on this metal bunk bed. I am denied a medical device (trapeze) that would be attached to the bed so I could turn myself. I have a shoulder injury (right), (rotator cup and bone spurs) which has caused weakness in my right arm, it will not support any weight, so I am unable to turn myself. Pressure sores have developed on my

(1)

bottom or rear. So I have had to force myself to turn, by flopping or to force my body to turn over. This flopping has caused skin tears or rips in my skin or my rear or bottom. I have brought this to the attention of the defendants so-called medical staff, they have done nothing in treatment of the most recent skin tears or rips. I have written grievances in the defendants grievance system, which have been denied or not even heard. I have had several other injuries at the hands on or inside the defendants.

I was placed at the defendants jail facility on May 10, 2013. I have to self catheterize to urinate. My first 20 days in the custody of the defendants I had to insert and withdraw a catheter without (ky-jelly or lubercation) five (5) times per day. This incident tore something in my urethra causing bleeding when I withdraw a catheter from my penis. I have been to this date 20 July 2013 in the custody of the defendants jail facility 70 days, I am still bleeding when urinating. I have constant pain in my bladder and abdominal areas. I have brought this problem to the attention of the defendants so-called medical staff. They have done little or nothing, they changed the size of catheters from 16 Fr to 14 Fr, I am still bleeding and still have pain. Sir, I have sent copies of medical request slips with

some motions to have filed with your court as evidence.

Sir, if you would grant me a hearing in your court, that I could be present, I could bring the evidence (me). I can show you the skin rips or tears that bleed and will not heal. Also I would request that a hard copy of my total medical record at the CCA jail facility be subpoenaed as evidence by your court. If a picture or photograph could be taken of the metal bunk I am forced to sleep upon as evidence.

The defendants when submitted on a request for sick call that Rick jail facility is not set up as a hospital setting. The jail facility can not handle my medical condition, so the defendants allow the plaintiff to be abused and injured by their continued negligent actions.

The plantiff (me) is forced by the defendants to live in a dormitory style quarters. I have to share toilet and shower facilities with 90 other people. I have open wounds that are bleeding and leaking infection on the toilet and shower seats. I am not given any cleaning materials to klean up the bloodland pathogens by the defendants. The defendants are allowing infection and blood to spread to other people. My life and others are being placed into danger by these neglagent substitute actions of the defendants.

(5)

The defendants are violating OSHA standards and federal law.

Sir, I am currently waiting to be moved to a B.O.P. Hospital to serve out seven months for Parole Violation. But being abused and further injured by the actions of the civil defendants was not part of my sentence. The marshals are leaving me at the defendants jail facility to serve out my 7 month sentence. Sir I am a U.S. Citizen. I even pay taxes, why do I have to be abused and injured??

CJ Schutt

# Sick Call Request

9 JUL '13 23:56

## Part A: (To be completed by patient inmate/resident)

Name (Print): Clifford Schutt  Date: 8 July 2013

Number: 31980-046  Date of Birth: 9-6-54

Work Assignment: _____

Work Hours: _____ Housing Assignment: F-B

Reason for requesting Health Services Appointment (BE SPECIFIC): I still have the abdominal pain, and I am still doing what I was doing. The fiber pills work, but the pain is not from gas in the abdominal.

How long have you had this problem? _____

Patient Inmate/Resident Signature: _____

(name already listed at top of page)

### ↓ DO NOT WRITE BELOW THIS LINE ↓

## Part B: (To be completed by Health Services Staff)

Health Services Reply: This issue has resolved with the smaller catheters.

Health Services Signature: Betty Taylor RN
Date: 07/18/2013

White Copy: To Medical Records    Yellow Copy: To Patient Inmate/Resident

8/23/09

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America

# Sick Call Request

## Part A: (To be completed by patient inmate/resident)

Name (Print): Clifford Schmitt   Date: 13 May 13

Number: 36730-94   Date of Birth: 9-6-85

Work Assignment: ___

Work Hours: ___   Housing Assignment: F3-73A

Reason for requesting Health Services Appointment (BE SPECIFIC): I Have CATARAC in my left Eye, I would request that it be removed so I can see out of Left Eye

How long have you had this problem? 8 months

Patient Inmate/Resident Signature: CSchmitt

(name already listed at top of page)

↓ DO NOT WRITE BELOW THIS LINE ↓

## Part B: (To be completed by Health Services Staff)

Health Services Reply: ___

Health Services Signature: ___

Date: ___

White Copy: To Medical Records   Yellow Copy: To Patient Inmate/Resident

Proprietary Information – Not For Distribution – Copyrighted

8/23/09

Property of Corrections Corporation of America

